# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:21-cr-600 |
| | ) | |
| PLAINTIFF, | ) | CHIEF JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| DONTE J. PARKER, II, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A Violation Report was filed in this case on May 14, 2024[1]. The Court referred this matter to Magistrate Judge Carmen E. Henderson to conduct appropriate proceedings and to file a report and recommendation. Magistrate Henderson reported that a supervised release violation hearing was held on October 15, 2024. After the government moved to dismiss violation 2, the defendant admitted to the following violation:

1. Unauthorized Use of Drugs.

The magistrate judge filed a report and recommendation on October 15, 2024, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervised release as set forth in violation number 1 and further recommended that the Court dismiss violation number 2.

---

[1] A superseding report was filed on September 26, 2024, to update the Court on the status of his state court proceedings.

A final supervised release violation hearing was conducted on November 8, 2024. Present were the following: Assistant United States Attorney Scott Zarzycki, representing the United States; Assistant Federal Public Defender Ashlynn Rotta, representing the defendant; the defendant Donte J. Parker, and United States Probation Officer Alfred Preston, Jr.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation number 1. Further, the Court dismisses violation No. 2.

IT IS ORDERED that the defendant's supervised release is revoked, and the defendant is committed to the custody of the Bureau of Prisons for a term of time served. The defendant's supervised release is to continue with the same terms and conditions as previously set until March 12, 2027, with the following additional conditions:

**No Contact with Victim**: You must not communicate or otherwise interact with Brooke Tondo, either directly or through someone else, without first obtaining the permission of the probation officer.

**Anger Management**: You must participate in an anger management program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

**IT IS SO ORDERED**.

Dated: November 8, 2024

                                          **HONORABLE SARA LIOI**
                                          **CHIEF JUDGE**
                                          **UNITED STATES DISTRICT COURT**